# United States Court of Appeals
## For the First Circuit

No. 17-2214

MS. S., individually and
as parent and legal guardian of B.S., a minor,

Plaintiff, Appellee,

v.

REGIONAL SCHOOL UNIT 72,

Defendant, Appellant,

MAINE DEPARTMENT OF EDUCATION,

Defendant.

No. 18-1004

MS. S., individually and
as parent and legal guardian of B.S., a minor,

Plaintiff, Appellee,

v.

MAINE DEPARTMENT OF EDUCATION,

Defendant, Appellant,

REGIONAL SCHOOL UNIT 72,

Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on February 15, 2019, is amended as follows:

On page 3, line 17: replace "MS. S." with "Ms. S.".